# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1327.  MALOY BROOKS v. THE STATE.**

In 2015, Maloy Brooks was convicted of two counts of entering an automobile and one count of theft by taking, and he was sentenced to five years to serve on each count, to run consecutively. Brooks later filed a motion to void and vacate a null sentence. On December 9, 2020, the trial court entered an order denying the motion, and on February 3, 2021, Brooks filed a notice of appeal to this Court. We lack jurisdiction.

Pretermitting whether Brooks had a right of direct appeal here, his notice of appeal was not timely filed. A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Brooks filed his notice of appeal 56 days after entry of the trial court's order. Thus, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/27/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*